# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3432

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Anthony Arnez Sanford, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 15, 2005
Filed: July 5, 2005

_____

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Anthony Sanford challenges the sentence the district court[1] imposed after he pleaded guilty to a drug conspiracy. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that it was plain error under Blakely v. Washington, 124 S. Ct. 2531 (2004), for the court to assess two criminal history points based on Sanford's probationary status at the time he committed the instant offense.

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

This argument fails. A jury need not find the fact of a prior conviction, <u>see</u> <u>United States v. Booker</u>, 125 S. Ct. 738, 755-56 (2005), and Sanford did not object to the presentence report's factual determination that he was on probation for a prior conviction when he committed the instant offense, <u>see</u> <u>United States v. Speller</u>, 356 F.3d 904, 907 (8th Cir. 2004).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____